58 A.3d 734

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DWAYNE E. SLAUGHTER, DEFENDANT–
PETITIONER,

December 8, 2011.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division to reconsider in light of *State v. Cabbell*, 207 *N.J.* 311, 24 *A.*3d 758 (2011). Jurisdiction is not retained.